UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL MAURICE DIXON, JR,

    Plaintiff,

v.

                                      Case No. 23-cv-12663
                                      Hon. Matthew F. Leitman

PAMELA DIXON,

    Defendant.

_____/

## ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On October 20, 2023, Plaintiff Samuel Maurice Dixon, Jr., filed this action against Defendant Pamela Dixon. (*See* Compl., ECF No. 1.) Dixon did not pay the required filing fee when he filed his Complaint. Instead, he filed an application to proceed *in forma pauperis*. (*See* Application, ECF No. 2.) The Court denied that application on January 3, 2024. (*See* Order, ECF No. 6.) The Court explained to Dixon that he was not eligible to proceed *in forma pauperis* because "on three or more prior occasions, while incarcerated … [he] brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state claim upon which relief may be granted." (*Id.*) The Court therefore ordered Dixon to pay the required filing fee by no later than March 1, 2024. (*See id.*) Finally, it warned Dixon that the "[f]ailure to pay the filing fee by [that] deadline may result in [the] dismissal of [his] complaint." (*Id.*)

1

Dixon has not complied with the Court's January 3 order by paying the required filing fee. Nor has he contacted the Court to ask for additional time to comply with that order. Accordingly, because Dixon has failed to comply with the Court's January 3 order and failed to pay the required filing fee, his Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126