UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL MAURICE DIXON, JR,

    Plaintiff,

v.

Case No. 23-cv-12663
Hon. Matthew F. Leitman

PAMELA DIXON,

    Defendant.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                         By:   s/Holly A. Ryan
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 25, 2024
Detroit, Michigan

1